# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JINWOO PARK,

Plaintiff,

v.

IDALBERTO ZALDIVAR-GALVES,

Defendant.

Case No. 1:25-cv-01552-BAM (PC)

ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM SEPTEMBER 28, 2026 TO **OCTOBER 16, 2026**

(ECF No. 16)

This case is currently set for a video settlement conference on September 28, 2026, at 9:30 a.m. before Magistrate Judge Stanley A. Boone.

Due to a conflict in the Court's schedule, the settlement conference is HEREBY RESCHEDULED from September 28, 2026, to **October 16, 2026, at 9:30 a.m.** before Magistrate Judge Stanley A. Boone via Zoom videoconference. The parties' confidential settlement conference statements shall arrive no later than **October 9, 2026**. All other provisions of the Court's July 14, 2026 order remain in effect.

IT IS SO ORDERED.

Dated: **July 29, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE