# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINWOO PARK,<br>Plaintiff,<br>v.<br>IDALBERTO ZALDIVAR-GALVES,<br>Defendant. | Case No. 1:25-cv-01552-BAM (PC)<br>ORDER DENYING MOTION FOR INTERPRETER<br>(ECF No. 25) |

Plaintiff Jinwoo Park ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Idalberto Zaldivar-Galves for deliberate indifference to serious medical need in violation of the Eighth Amendment. Defendant answered the complaint on July 8, 2026. (ECF No. 15.)

Currently before the Court is Plaintiff's motion for a Korean interpreter, filed August 24, 2026. (ECF No. 25.) Defendant has not had an opportunity to file a response, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Plaintiff is advised that "[t]here are no statutory provisions that authorize 'district courts to appoint an interpreter in a civil rights action that is initiated by an indigent state prisoner.'" *Ruiz v. Stane*, No. 1:22-cv-00236-HBK (PC), 2023 WL 3324750, at *2 (E.D. Cal. Apr. 10, 2023) (quoting *Sekona v. Liazarraga*, No. 2:17-cv-0346-KJM-EFB P, 2018 WL 11304911, at *1 (E.D.

Cal. June 29, 2018). "The *in forma pauperis* statute does not authorize the expenditure of public funds for court-appointed interpreters." *Ruiz v. Rojas*, No. 1:22-cv-01345-JLT-GSA-PC, 2023 WL 4054557, at *2 (E.D. Cal. June 16, 2023) (citations omitted). Where it is clear that a prisoner cannot articulate his claims in English, court have instead appointed counsel. *Sekona*, 2018 WL 11304911, at *1. However, where "the prisoner has some ability to communicate in English, courts have generally declined to appoint counsel solely on the basis of limited English." *Id.* (citing cases). Here, Plaintiff has demonstrated the ability to communicate in English, previously filing pleadings in English or with the assistance of another inmate. (*See* ECF Nos. 1, 2.) Accordingly, Plaintiff's motion for an interpreter, (ECF No. 25), is DENIED.

IT IS SO ORDERED.

Dated: **August 30, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE